UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
STATE OF FLORIDA,
STATE OF ILLINOIS,
STATE OF INDIANA,
STATE OF LOUISIANA,
STATE OF NEW YORK,
STATE OF GEORGIA, AND
STATE OF HAWAII
EX REL. SEAN J. HELLEIN,

    Plaintiff,

    v.                                      Case No.8:06-CV-01079-T-30TGW

TODD FARHA,
PAUL BEHRENS, AND
THADDEUS BEREDAY,

    Defendants.
_____/

**RELATOR'S MOTION TO LIFT STAY AND FOR STATUS
CONFERENCE AND INCORPORATED MEMORANDUM OF LAW**

Relator Sean Hellein, by and through undersigned counsel, moves pursuant to Local Rule 3.01 and the Court's inherent authority to control its own docket to lift the stay in this case and for a status conference for the reasons outlined below:

    1. In its Doc. 114 order, the Court stayed this intervened False Claims Act case as to individual defendants Todd Farha, Paul

Behrens, and Thaddeus Bereday[1] until 90 days after the entry of judgment as to Defendant Bereday in criminal case number 8:11-cr-115-T-30MAP.

2. Shortly before leaving office on January 20, 2021, President Donald Trump pardoned Mr. Bereday, as well as Mr. Farha, Mr. Behrens, William Kale and Peter Clay.

3. Consequently, the criminal case against Defendant Bereday is now over.

4. Therefore, under the terms of this Court's Doc. 114 order, the stay entered in this False Claims Act case should now be lifted.

5. A status conference would enable the Court to re-establish a case management order to bring this 15-year old case filed in 2006 to a conclusion.

## **MEMORANDUM OF LAW**

The district court has "broad discretion" in controlling its own docket "[b]ecause of the great latitude that must be afforded a trial judge in scheduling matters." *United States v. Garmany,* 762 F.2d 929, 936 (11th Cir. 1985).

---

[1] All corporate defendants have been dismissed. The only defendants left are Messrs. Farha, Behrens, and Bereday.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), undersigned counsel communicated with AUSA Charles Harden on September 28, 2021 about this motion but has not yet been told the Government's position. No other counsel were contacted because no counsel have filed notices of appearance in this case for Messrs. Farha, Behrens, and Bereday.

As required by Rule 3.01(g), undersigned counsel will try diligently for three days to obtain the Government's position and supplement this certification.

Respectfully submitted,

*/s/ Kevin Darken*
KEVIN DARKEN
Florida Bar No.: 90956
kdarken@kevindarken.com
**KEVIN J. DARKEN LAW GROUP, LLC**
601 Bayshore Blvd. Suite 700
Tampa, FL 33606
Telephone: (813) 253-2020
*Attorney for the Relator*

## **CERTIFICATE OF SERVICE**

Undersigned counsel certifies that on October 5, 2021 a copy of Relator's Motion to Lift Stay and for Status Conference was served on all counsel of record by the Court's CM/ECF system.

*/s/ Kevin J. Darken*
KEVIN J. DARKEN